IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| DEBORAH ANDERSON, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 07-1258-JO |
| | ) | |
| v. | ) | <u>O R D E R</u> |
| | ) | |
| U.S. BANCORP, a Federal Insured Banking Corporation; ET AL., | ) ) ) | |
| Defendants. | ) | |

JONES, Judge:

    Based upon the record,

    IT IS ORDERED that defendants' unopposed motion (#3) to dismiss this action is granted.

    DATED this 5th day of February, 2008.

                                                    /s/ Robert E. Jones
                                                    ROBERT E. JONES
                                                    U.S. District Judge